UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LARRY OTOLE,

        Plaintiff,                    Case No. 1:25-cv-492

v.                                      Honorable Ray Kent

KENT COUNTY et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED without prejudice** for lack of prosecution and failure to comply with the Court's order.

Dated:  June 6, 2025                      /s/ Ray Kent
                                                        Ray Kent
                                                         United States Magistrate Judge